IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| ALVIN ARMAGOST,<br><br>    Plaintiff,<br><br>vs.<br><br>STATE FARM FIRE AND CASUALTY COMPANY, and JOHN DOES 1-5,<br><br>    Defendants. | CV 22-40-M-DLC-KLD<br><br>ORDER OF RECUSAL |

  I hereby recuse myself from this matter on the ground that I was previously a partner at the law firm of Garlington, Lohn, and Robinson with counsel for Defendant State Farm Fire and Casualty Company. Accordingly, I ask that this case be reassigned.

  DATED this 11th day of February, 2022.

_____
Kathleen L. DeSoto
United States Magistrate Judge