IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| ALVIN ARMAGOST,<br><br>  Plaintiff,<br><br>v.<br><br>STATE FARM FIRE AND CASUALTY COPMPANY, and JOHN DOES 1-10,<br><br>  Defendants. | CV 22–40–M–DLC<br><br><br><br>ORDER |

Before the Court is the parties' Stipulation of Dismissal with Prejudice. (Doc. 21.) Plaintiff Alvin Armagost and Defendant State Farm Fire and Casualty Company stipulate to the dismissal of this matter with prejudice under Rule 41(a)(1)(A)(ii), with each party to bear its own costs and fees. (*Id.*)

Accordingly, IT IS ORDERED that this case is DISMISSED WITH PREJUDICE pursuant to the parties' Stipulation (Doc. 21) and Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, with each party to bear its own costs and fees. The Clerk of Court is directed to close the case file.

DATED this 7th day of February, 2023.

*/s/ Dana L. Christensen*
Dana L. Christensen, District Judge
United States District Court

1